# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY A. MEHOVES,
               Appellant,

vs.

WALKER RIVER MECHANICAL
CORP.,
               Respondent.

No. 80582

FILED

FEB 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order affirming a justice court judgment. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-07140

cc: Hon. Nathan Tod Young, District Judge
Jeffrey A. Mehoves
Walker River Mechanical Corp.
Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A